UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:13-cv-02153-MCS-MAA**                                      Date: **March 3, 2022**

Title     *Henderson v. Grounds*

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:         Attorneys Present for Respondent:
N/A                                                              N/A

**Proceedings (In Chambers):**   Order to Show Cause Re: Dismissal for Lack of Prosecution

Petitioner is ordered to show cause, in writing, no later than **April 4, 2022**, why this action should not be dismissed for lack of prosecution.

If Petitioner files either of the following documents on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐ Proof of service of the summons and complaint
- ☒ Motion to Amend and attached Second Amended Petition
- ☐ Status report
- ☐ Written response to the Court's attached order (order attached)
- ☒ Notice of voluntary dismissal (form attached)

**Petitioner is cautioned that failure to respond to this Order may result in a recommendation that the First Amended Petition be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Form Notice of Dismissal