# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJAMES HENDERSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　Respondent. | Case No. 2:13-cv-02153-MCS-MAA<br><br>**ORDER ACCEPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

///
///
///
///

The time for filing objections has expired, and no objections have been made.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: December 5, 2022

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE